

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Eddie Dale Underwood,

Vs. No. 11-15-00039-CR

The State of Texas,

* From the 259th District Court
of Jones County,
Trial Court No. 6880.

* April 2, 2015

* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.